UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF

CASE NUMBER: 19 CR 86 - RGK

Zazueta-Alapizco, Juan Manuel
SMS# 29589-408
DEFENDANT

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 2/22/19 @ 1500   ☐ AM ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:
18 USC 3583 Probation Violation

5. Offense charged is a: ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☑ Yes   Language: Spanish

7. Year of Birth: 1982

8. Defendant has retained counsel: ☐ No ☑ Yes   Name: Charles Brown   Phone Number: 213) 894-2854

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): N/A

11. Name: Kelly Gutierrez (please print)
12. Office Phone Number: 213) 620-8325
13. Agency: USMS
14. Signature: [signature]
15. Date: 2/25/19

FILED 2019 FEB 25 AM 10:02

R-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION