
FILED
CLERK, U.S. DISTRICT COURT
FEB 26 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN MANUEL ZAZUETA-ALAPIZCO,<br><br>Defendant. | Case No. 2:19-CR-00086-RGK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On February 25, 2019, Defendant Juan Manuel Zazueta-Alapizco ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:19-CR-00086-RGK. The Court appointed Deputy Federal Public Defender Charles Brown to represent Defendant, and Deputy Federal Public Defender Jill Ginstling made a special appearance for Mr. Brown.

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A. ☐ Defendant submitted to the Government's Request for Detention;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- No legal status in the United States;
- Family ties to Mexico
- Pending federal case noted in prior criminal record
- Pending deportation proceedings; and
- Outstanding immigration warrant.

C. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Prior criminal record;
- History of failure to comply with court orders; and
- Pending federal matter.

///
///
///
///
///

2

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: February 26, 2019

                                           /s/
                                MARIA A. AUDERO
                                UNITED STATES MAGISTRATE JUDGE